■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CLIFF, Appellant. [676 NYS2d 516] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 19, 1996 (*People v Cliff,* 230 AD2d 865), affirming a judgment of the Supreme Court, Westchester County, rendered February 18, 1992, and an order of the same court dated November 20, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Copertino, J. P., Thompson, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK GRIFFITH, Also Known as PATRICK GRIFFIN, Appellant. [676 NYS2d 517] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 10, 1997 (*People v Griffith,* 236 AD2d 487), affirming a judgment of the Supreme Court, Kings County, rendered January 5, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELVERT C. KEARNS, Appellant. [676 NYS2d 517] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Demarest, J.), imposed February 7, 1997, on the ground that it is excessive.

Ordered that the sentence is affirmed.

The People concede the defendant's contention that his waiver of the right to appeal was not knowing, voluntary, and intelligent (*see, People v Rose,* 236 AD2d 637; *People v Rolon,* 220 AD2d 543).

The defendant's contention that the sentence was excessive is without merit (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, Copertino, Sullivan and McGinity, JJ., concur.